THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD BRIDGEFORTH, Appellant, v HAROLD J. SMITH, as Superintendent of the Attica Correctional Facility, Respondent.—Appeal unanimously dismissed. (See *People ex rel. Wilder v Markley,* 26 NY2d 648.) (Appeal from judgment of Wyoming County Court dismissing writ of habeas corpus.) Present—Marsh, P. J., Moule, Cardamone, Simons and Mahoney, JJ.